**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| RONNY MONTEMAYOR, | § | |
| | § | Civil Action No.: 4:23-cv-3966 |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| GENERAC POWER SYSTEMS, INC., | § | |
| | § | |
| Defendant. | § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Ronny Montemayor (hereinafter "Plaintiff") and Defendant Generac Power Systems, Inc. (hereinafter collectively "Defendant") (the "Parties), hereby respectfully submit the following Joint Notice of Settlement:

1. The parties have successfully negotiated a settlement agreement.

2. The parties agree that they shall bear their own costs, expenses and attorney's fees incurred in connection with this lawsuit.

3. The parties are in the process of preparing and finalizing the Settlement Agreement and Voluntary Dismissal, and it is anticipated this case will be finalized in the next 45 days.

Respectfully submitted,

**JOHNSON BECKER, PLLC**

Dated: August 28, 2024

*/s/ Adam J. Kress*
Michael K. Johnson, Esq. (MN #0258696)
Admitted Pro Hac Vice
Kenneth W. Pearson, Esq. (MN #016088X)
Admitted Pro Hac Vice
Adam J. Kress, Esq. (MN #0397289)
Admitted Pro Hac Vice

444 Cedar Street, Suite 1800
St. Paul, MN 55101
(612) 436-1800 / (612) 436-1801 (fax)
mjohnson@johnsonbecker.com
kpearson@johnsonbecker.com
akress@johnsonbecker.com

*In association with:*

CLARK | VON PLONSKI | ANDERSON

COLLEN A. CLARK
State Bar No. 04309100
JACOB von PLONSKI
State Bar No. 24098554
R. CONNOR BARBE
State Bar No. 241085
3500 Maple Avenue, Suite 1250
Dallas, Texas 75219
214-780-0500/214-780-0501 Fax
eservice@cvpalaw.com

*Attorneys for Plaintiff*

*/s/ Nelson Skyler (w/ permission)*
Nelson Skyler
Texas Bar No. 00784982
S.D. Tex. Bar. No. 22969
nskyler@brownsims.com
Jamie M. Beller
S.D. Tex. Bar. No. 3727008
Texas Bar No. 24123214
jbeller@brownsims.com
1990 Post Oak Blvd., Suite 1800
Houston, TX 77056
Telephone: (713) 629-1580
Facsimile: (713) 629-5027

*Attorneys for Defendant*